■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN S. ELDARD, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of JAMES A. RYAN, Respondent, v. TEMPORARY STATE COMMISSION OF INVESTIGATION, Appellant.— Motion granted. Appeal set down for argument on June 13, 1962, at 1:00 P.M. Respondent may file five typewritten copies of his brief on or before June 13, 1962 at 11:00 A.M. Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

■

## (June 7, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDRE COLLIN, Appellant.— Thomas R. Quinn, Esq., is hereby relieved of his assignment and John T. Snell, Esq., 53 Court St., Plattsburgh, N. Y., is assigned to represent the appellant on this appeal. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.